1  TORRENCE E.S. LEWIS, S.P.
   Torrence E.S. Lewis, Esq., *pro hac vice*
2  Illinois Bar No. 6291186
   Pennsylvania Bar No. 315554
3  31 Churchill Road
   Pittsburgh, PA 15235
4  Telephone: (412) 871-5931
   Facsimile: (828) 274-4066
5  Email: torrencelewis@federalappeals.com

6  BARNEY C. ALES, LTD.
   Barney C. Ales, Esq.
7  Nevada Bar No. 0127
   Mailing Address:
8  P.O. Box 20563
   Las Vegas, NV 89112
9  222 Guidance Ridge Court
   Henderson, NV  89012
10 Telephone: (702) 998-9576
   Email: attorneyales@gmail.com

   *Attorneys for Appellant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: 8SPEED8 INC., Debtor<br><br>VIBE MICRO, INC.,<br><br>*Appellant,*<br><br>vs.<br><br>SIG CAPITAL, INC.,<br><br>*Appellee.* | Case No. 14-cv-01618-RFB<br><br>[Bankr. Case No. 13-20371-led]<br><br><br>**SUBSTITUTION OF ATTORNEYS** |

Barney C. Ales, Esq. of BARNEY C. ALES, LTD. hereby consents to his substitution as attorneys for Appellant, Vibe Micro, Inc., in the above-captioned matter, in the place of Kirk

/ / /

/ / /

1

Nevada Walker, Esq. and his former law firm BAUMAN LOWE WITT & MAXWELL.

DATED this 19th day of October, 2016.

```
                              BARNEY C. ALES, LTD.

                        By:   /s/ B C Ales
                              Barney C. Ales, Esq.
                              Nevada Bar No. 0127
                              Mailing Address:
                              P.O. Box 20063
                              Las Vegas, NV 89112
                              222 Guidance Ridge Court
                              Henderson, NV 89012
                              Telephone: (702) 998-9576
                              Email: attorneyales@gmail.com
```

Kirk Nevada Walker, Esq. hereby consents to the substitution of Barney C. Ales, Esq. of BARNEY C. ALES, LTD as attorneys for Appellant, Vibe Micro, Inc., in the above-captioned matter, in his place and stead, including his former law firm BAUMAN LOWE WITT & MAXWELL.

Dated this 19th day of October, 2016.

```
                        By:   /s/ Kirk Walker
                              Kirk Nevada Walker, Esq.
                              Nevada State Bar No. 11315
                              400 South 4th Street, Suite 500
                              Las Vegas, Nevada 89101
                              Telephone: (702) 793-4125
                              Email: kirk@nevadawalker.com
```

Appellant, Vibe Micro, Inc., hereby consents to the substitution of Barney C. Ales, Esq. of BARNEY C. ALES, LTD as their attorney in the above-captioned matter, in the place of Kirk

Nevada Walker, Esq. and his former law firm BAUMAN LOWE WITT & MAXWELL.

Dated this 19 day of October, 2016.

By: _____
Edward Mandel, President of
Vibe Mico, Inc.

**ORDER:**

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

**DATED:** March 24, 2017.

3

**CERTIFICATE OF SERVICE**

I certify that on October 19th, 2016, I electronically filed the foregoing SUBSTITUTION OF ATTORNEYS with the Clerk of the Court for the United States District Court for the District of Nevada by using the CM/ECF System.

I certify that all participants in the case who are registered CM/ECF users will be served by the CM/ECF System and that the following persons, who are not registered CM/ECF users in this case, are this date being sent one copy of the foregoing Answering Brief by U.S. mail, first class, postage pre-paid, addressed to:

TORRENCE E.S. LEWIS, S.P.
Torrence E.S. Lewis. Esq.
31 Churchill Road
Pittsburgh, PA 15235

US Trustee - LY - 7
300 South Las Vegas Blvd. Suite 4300
Las Vegas, NV 89101